No. 79–1410. DUPART ET AL. *v.* LOUISIANA, *ante,* p. 820;

No. 79–1704. GRCICH *v.* JOGODA ET AL., *ante,* p. 823;

No. 79–1732. HILTON, AKA MILTON, ET AL. *v.* UNITED STATES, *ante,* p. 887;

No. 79–1737. OGLE *v.* UNITED STATES, *ante,* p. 825;

No. 79–1804. GARCIA-JARAMILLO *v.* IMMIGRATION AND NATURALIZATION SERVICE, *ante,* p. 828;

No. 79–1815. SALOB *v.* AMBACH, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL., *ante,* p. 829;

No. 79–1836. FOWLER ET UX. *v.* GENERAL DEVELOPMENT CORP., *ante,* p. 830;

No. 79–1863. HARPER ET AL. *v.* UNITED STATES, *ante,* p. 887;

No. 79–1876. BLAKE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 832;

No. 79–1902. ROSENBAUM *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 833;

No. 79–1934. DANIELS *v.* SOUTHERN CALIFORNIA RAPID TRANSIT DISTRICT ET AL., *ante,* p. 835;

No. 79–1961. BEARCE, ADMINISTRATOR, ET AL. *v.* UNITED STATES, *ante,* p. 837;

No. 79–1965. COUNTY OF LOS ANGELES ET AL. *v.* MARSHALL, SECRETARY OF LABOR, ET AL., *ante,* p. 837;

No. 79–1992. LAVELLE *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL., *ante,* p. 840;

No. 79–2057. POWELL *v.* NIGRO, *ante,* p. 843;

No. 79–2058. SILVERNAIL *v.* WASHINGTON, *ante,* p. 843;

No. 79–2071. SCOTT *v.* UNITED STATES, *ante,* p. 843;

No. 79–6610. PRIESTER *v.* BANKER'S TRUST OF SOUTH CAROLINA, ADMINISTRATOR, ET AL., *ante,* p. 892;

No. 79–6619. ALDRIDGE *v.* FLORIDA, *ante,* p. 891; and

No. 79–6650. SKIDMORE *v.* CONSOLIDATED RAIL CORP. ET AL., *ante,* p. 854. Petitions for rehearing denied.